No. 728. MAY DEPARTMENT STORES CO. ET AL. *v.* TAKASHI KATAOKA ET AL. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frank J. Hogan, Edmund L. Jones,* and *Walter O. Schell* for petitioners. *Mr. J. Marion Wright* for respondents.

No. 733. ROERICH *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. March 10, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Charles B. McInnis* and *John H. Jackson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 745. UNION TRUST CO. OF PITTSBURGH, TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. J. Merrill Wright* and *David R. Shelton* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 749. WELLS FARGO BANK & UNION TRUST CO. *v.* COLLECTOR OF INTERNAL REVENUE. March 10, 1941. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Messrs. Sidney M. Ehrman* and *Lloyd W. Dinkelspiel* for petitioner. *Mr. Nathan R. Margold* for respondent.

No. 750. BLAIR, JUDGE OF THE CIRCUIT COURT OF COLE COUNTY, MISSOURI *v.* MISSOURI EX REL. LUCAS, SUPERINTENDENT. March 10, 1941. Petition for writ of cer-